AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

CDJ/dmk

# UNITED STATES DISTRICT COURT

WESTERN  District of  NEW YORK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |

Andre Canada

Case Number: 1:07CR00040-001
USM Number: 15367-055

Kimberly A. Schechter
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of charge(s)  #1

☐ was found in violation of charge(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #1 | Electronic Monitoring Violation | 05/19/10 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated charge(s) __2, 3, 4, and 5__ and is discharged as to such violation(s) charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 26, 2010
Date of Imposition of Judgment

Signature of Judge

Honorable William M. Skretny, Chief U.S. District Judge
Name and Title of Judge

8/4/10
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment                                                                      CDJ/dmk

DEFENDANT:        Andre Canada                                              Judgment — Page  2  of  2
CASE NUMBER:      1:07CR00040-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    five (5) months

[x] The cost of incarceration fee is waived.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at _____ [ ] a.m. [ ] p.m. on _____
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on _____
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

*FILED DEC 1 5 2010 — UNITED STATES DISTRICT COURT, MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

## RETURN

I have executed this judgment as follows:

Defendant delivered on  10-1-10  7:00 AM  to  FCI LORETTO
at LORETTO, PA 15940  with a certified copy of this judgment.

                                                    R. Wertinger  Warden
                                                    ~~UNITED STATES MARSHAL~~

                                              By    H. Gottshell  CSO
                                                    ~~DEPUTY UNITED STATES MARSHAL~~